UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARI CALLAWAY, Individually, and as Personal Representative of the ESTATE OF ERNEST CARL JOHANSEN,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a foreign insurance corporation;<br><br>Defendant. | No. 2:25-cv-00813-RSM<br><br>ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER |

This matter comes before the Court on the Joint Motion to Amend filed by the parties at Dkt. #20. Having reviewed the relevant briefing and the remainder of the record, and finding good cause pursuant to Fed. R. Civ. Proc. 16(b)(4), this Court ORDERS as follows:

1. The parties' Joint Motion to Amend Scheduling Order is GRANTED;

2. The deadline for filing motions related to discovery shall be extended to **February 2, 2026.**

3. All other provisions of the Court's June 30, 2025, Order Setting Trial Date and Related Dates, Dkt. # 11, shall remain in full force and effect.

DATED this 5th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order Granting Joint Motion to Amend Scheduling Order - Page 1