UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARI CALLAWAY, Individually, and as Personal Representative of the ESTATE OF ERNEST CARL JOHANSEN,<br><br>Plaintiff,<br><br>          vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a foreign insurance corporation;<br><br>Defendant. | No. 2:25-cv-00813-RSM<br><br><br>ORDER GRANTING THIRD JOINT MOTION TO AMEND SCHEDULING ORDER |

THIS COURT, in deciding whether to grant the parties Second Joint Motion to Amend Scheduling Order, has reviewed the following:

1.  Third Joint Motion to Amend Scheduling Order;

2.  Declaration of Conner Sapp in Support of Third Joint Motion to Amend Scheduling Order;

3.  _____;

4.  _____;

5.  _____;

6.  _____;

Order Granting Third Joint Motion to Amend Scheduling
Order - Page 1

7. _____.

Having reviewed the aforementioned documents and finding good cause pursuant to Fed. R. Civ. Proc. 16(b)(4), this Court **ORDERS** as follows:

1. The parties' Third Joint Motion to Amend Scheduling Order is **GRANTED**;

2. The trial date shall be extended to **January 11, 2027**.

3. A new scheduling order will be issued consistent with that date.

**SO ORDERED** this 25th day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order Granting Third Joint Motion to Amend Scheduling
Order - Page 2